

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| EMPLOYEES RETIREMENT SYSTEM OF TEXAS, | § | No. 08-19-00084-CV |
| | § | Appeal from the |
| Appellant, | § | 41st District Court |
| v. | § | of El Paso County, Texas |
| CLAUDIA GUTIERREZ, Individually and as next friend of L.F.G., a Minor, | § | (TC# 2015DCV1608) |
| Appellee. | § | |

## MEMORANDUM OPINION

Appellant Employees Retirement System of Texas has filed a motion for voluntary dismissal of this appeal in connection with a settlement reached with Appellee. *See* TEX.R.APP. P. 42.1(a)(1)(governing voluntary dismissals). The motion is granted, and this appeal is dismissed. Per the agreement of the parties, each party will bear their own costs.

GINA M. PALAFOX, Justice

February 7, 2020

Before Alley, C.J., Rodriguez, and Palafox, JJ.